IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RAUL GAMEZ,

    Petitioner,

v.                                             4:11cv114-WS

MICHAEL D. CREWS, Secretary,
Florida Department of Corrections,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed October 21, 2013. See Doc. 30. The magistrate judge recommends that the petitioner's second amended petition for writ of habeas corpus be denied. The petitioner has filed objections (doc. 32) to the magistrate judge's report and recommendation.

Upon review of the record in light of the petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 30) is hereby ADOPTED and incorporated by reference into this order.

    2. The petitioner's second amended petition for writ of habeas corpus (doc. 11) is DENIED.

3. The petitioner's motion (doc. 31) for a certificate of appealability is DENIED for the reasons stated in the magistrate judge's report and recommendation.

4. Leave to appeal in forma pauperis is DENIED.

5. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DENIED."

DONE AND ORDERED this   7th   day of     November    , 2013.


                                           s/ William Stafford
                                           WILLIAM STAFFORD
                                           SENIOR UNITED STATES DISTRICT JUDGE